UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNN MACAIONE
Plaintiff,

v.

MERCEDES-BENZ USA, LLC and GOODWILL ENTERPRISES, INC., d/b/a Dedham Auto Mall

Defendants.

CIVIL ACTION NO.
CA 08 122S

# NOTICE OF REMOVAL

**TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

The defendant, Mercedes-Benz USA, LLC ("Mercedes") files this Notice of Removal of this action from Washington Superior Court, Washington County, State of Rhode Island, to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of its Notice of Removal, Mercedes states as follows:

1. As appears from the docket, files and records of the Washington Superior Court, Washington County, State of Rhode Island, Civil Action No.WC2008-0159, the plaintiff commenced a civil action by filing a Complaint, a copy of which is annexed hereto as Exhibit A. Mercedes was served with the Complaint on March 13, 2008.

2. According to the Complaint, the plaintiff, Lynn Macaione, alleges that she suffered "several personal and other injuries and property damage" when the vehicle she was driving, a 2002 Mercedes-Benz ML320, lost control, travelled off the roadway and hit a utility pole. Given that the Complaint states that the plaintiffs seek recovery for "several personal and

other injuries and property damage", the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

3. The plaintiff has alleged in her Complaint that she is a resident of the Town of Charlestown, County of Washington, Rhode Island.

4. The defendant, Mercedes, is organized under the laws of Delaware, with a principal place of business located in Montvale, New Jersey.

5. The defendant, Goodwill Enterprises, Inc. is organized under the laws of Massachusetts, with a principal place of business located in Westwood, Massachusetts.

6. Jurisdiction in the Federal Court is founded on complete diversity of citizenship between the plaintiff and the defendants pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds, exclusive of interests and costs, $75,000.00.

7. The defendant, Mercedes, was served with the Complaint on March 13, 2008 and therefore this Notice of Removal is filed within 30 days of receipt of the Complaint by Mercedes.

8. A stamped copy of this Notice of Removal will be filed with the Washington Superior Court, Washington County, State of Rhode Island, and served on all other parties pursuant to 28 U.S.C. § 1446(d) and Local Rule 81. A copy of the Notice of Removal to Washington Superior Court (without attachments) to be filed and served is attached as Exhibit B.

9. Pursuant to Local Rule 81(b), Mercedes will file certified or attested copies of the docket sheets and all documents filed in the state court action within ten (10) days after the filing of this notice of removal.

**WHEREFORE**, Mercedes prays for removal of the above captioned matter from the Washington Superior Court, Washington County, State of Rhode Island to the United States District Court for the District of Rhode Island.

Dated: April 3, 2008

Respectfully submitted,

By the Defendant
**MERCEDES-BENZ USA, LLC**
By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Brian P. Voke (R.I. Bar # 4953)
One Richmond Square, Suite 127 C
Providence, RI 02906
Tel: (401) 421-5123
bvoke@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Notice of Removal was sent on April 3, 2008 via regular mail to the following:

Jeffrey S. Michaelson
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, RI 02852

Goodwill Enterprises, Inc.
d.b.a. Dedham Auto Mall
340 Providence Highway
Westwood, MA 02090

Brian P. Voke