PL 390.05384

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
03/13/2008
CT Log Number 513189175

**TO:** Frank P Berenz
Mercedes-Benz USA, LLC
One Mercedes Drive, PO Box 350
Montvale, NJ 07645-0350

**RE:** **Process Served in Rhode Island**

**FOR:** Mercedes-Benz USA, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lynn Macaione, Pltf. vs. Mercedes-Benz USA, LLC and Goodwill Enterprises, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Civil Case Cover Sheet, Complaint |
| **COURT/AGENCY:** | Superior Court Washington County, RI<br>Case # WC 2008-0159 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Personal injuries and property damamge as a result of vehicle collision on 8/8/07; 2002 Mercedes-Benz ML320; VIN No. 4JGAB54EX2A367014; Airbags failed to deploy |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/13/2008 at 10:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey S. Michaelson, Esq.<br>Michaelson & Michaelson<br>PO Box 622<br>7454 Post Road<br>North Kingstown, RI 02852<br>401-295-4330 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 791020537029 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |

Send to CBM

MAR 17 2008



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [ ] KENT [X] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. WC2008-0159

LYNN MACAIONE
Plaintiff

MERCEDES-BENZ USA, LLC
Defendant

**_Summons_**

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon JEFFREY S. MICHAELSON Plaintiff's attorney, whose address is MICHAELSON + MICHAELSON, P.O. BOX 622, 7454 POST ROAD, NORTH KINGSTOWN, RI 02852 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: March 11, 2008

(Seal of the Superior Court)

SERVE: CT CORPORATION SYSTEM
10 WEYBOSSET ST.
PROVIDENCE, RI 02903

A TRUE COPY ATTEST
K. [signature]
3-13-08
DATE

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ............................................ day of ....................................................... I served a copy of this summons and a copy of the complaint received therewith upon ..............................................................................................

.................................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,.......................................................

..............................................................................................., with a person of suitable age and discretion then
(Address)
residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ..............................................
..............................................................................................., with a person of suitable age and discretion then
residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely .......................................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

.................................................................................................................................................................

.................................................................................................................................................................

.................................................................................................................................................................

Sheriff's Fees

Travel ........................ $............................

Service ...................... $............................

$............................

....................................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. .............................................

SUMMONS

SUPERIOR COURT

VS

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

**STATE OF RHODE ISLAND**
**SUPERIOR COURT**

**CIVIL**
**CASE COVER SHEET**

Case # (Filled in by Clerk's Office)
WC 2008- 0159

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P 3 10). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| LYNN MACRIONE | MERCEDES-BENZ USA, LLC and GOODWILL ENTERPRISES, INC, d/b/a Dedham Auto Mall |

**NATURE OF PROCEEDING** — Check the applicable case type under the main categories listed below **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

**CIVIL ACTIONS**

☐ AGA Agency appeal
☐ ALA Alienation of affection
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CLA Common law assignment
☐ CLL Common law lien
☐ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☐ CIC Criminal inj compensation
☐ DOJ Debt on judgment
☐ DTP Deceptive trade practice
☐ DEJ Declaratory judgment
☐ DPC Denial of probate claim
☐ EXT Excessive tax
☐ INR Injunctive relief
☐ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ WOM Mandamus, writ of
☐ PRT Partition
☐ PER Personal injury
☐ IDV Personal inj/property dam-vehicle
☐ PIV Personal injury-vehicle
☒ PRL Product liability
☐ PRN Promissory note
☐ PDM Property damage
☐ PDV Property damage-vehicle
☐ RLP Real property
☐ RIC Reinstate charter
☐ DIN Recovery of damages insurance
☐ ROF Recovery of funds
☐ WOR Replevin, writ of
☐ SPP Specific performance
☐ TCO Title clearing (other than tax title)
☐ TAE Trespass and ejectment
☐ TRA Trustee/accounting
☐ TCT Trustee/appt convey title
☐ UNM Uninsured motorist
☐ WRD Wrongful death

☐ **Other than above (specify type):**

**MISCELLANEOUS PETITIONS**

☐ ARA Arbitration award
☐ CAR Arbitration/confirm
☐ RTA Arbitration referral
☐ VAR Arbitration/vacate
☐ AOD Assessment of damages
☐ CND Condemnation
☐ CFC Confirm compromise
☐ DOC Dissolution of corp.
☐ EDP End partnership
☐ FRR Forclosure of right of redemption
☐ TLF Foreclosure tax lien
☐ FOC Forfeiture of charter
☐ GJI Grand Jury Investigation
☐ HAC Habeas corpus
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PFS Perform surgery
☐ PFC Petition for constable
☐ PTE Petition to expunge
☐ PFI Petition for immunity
☐ PIN Pet for inventory (wire tap)
☐ PFR Petition for review
☐ PTD Pet to take deposition
☐ PCR Post conviction relief
☐ REC Receivership
☐ R5A Rule 5A petition
☐ TCL Title clearing (tax title)
☐ AOT Trustee/appointment of
☐ DOT Trustee/declination of
☐ AOS Trustee successor

☐ **Other than above (specify type):**

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ **Other than above (specify type):**

**Is this a case that may require a trial for resolution?** ☒ yes ☐ no If yes: ☒ jury or ☐ non-jury

(attorney name) JEFFREY S. MICHAELSON #3299
☐ pro se

(date) 3/3/08

S-223 6/85