STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

LYNN MACAIONE
Plaintiff,

v.

MERCEDES-BENZ USA, LLC and
GOODWILL ENTERPRISES, INC., d/b/a
Dedham Auto Mall

Defendants.

CIVIL ACTION NO. WC 2008-0159

# NOTICE OF REMOVAL

TO: Washington County Superior Court
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

Jeffrey S. Michaelson
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, RI 02852

Goodwill Enterprises, Inc.
d.b.a. Dedham Auto Mall
340 Providence Highway
Westwood, MA 02090

PLEASE TAKE NOTICE, that the defendant, Mercedes-Benz USA, LLC, a Delaware corporation with a principal place of business in Montvale, NJ has this day filed a Notice of Removal of the above-captioned civil matter from the Washington Superior Court, Washington County, State of Rhode Island, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, containing a statement of facts which entitles it to remove the case to the United States District Court for the District of Rhode Island.

Certified copies of all records, proceedings and docket entries in the State Court shall be filed with District Court pursuant to DRI LR 81.

A copy of the Notice of Removal (without attachments) is attached as Exhibit A. You are respectively advised that pursuant to 28 U.S.C. § 1446(d), the Washington Superior Court, Washington County, State of Rhode Island, shall proceed no further in this action unless and until the action is remanded.

Respectfully submitted,

By the Defendant
**MERCEDES-BENZ USA, LLC**
By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Brian P. Voke (R.I. Bar # 4955)
One Richmond Square, Suite 127 C
Providence, RI 02906
Tel: (401) 421-5123
bvoke@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Notice of Removal was sent on April 3, 2008 via regular mail to the following:

Jeffrey S. Michaelson
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, RI 02852

Goodwill Enterprises, Inc.
d.b.a. Dedham Auto Mall
340 Providence Highway
Westwood, MA 02090

Brian P. Voke