STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 08-122S

Case ID: WC-2008-0159 LYNN MACAIONE V MERCEDES BENZ USA

Filing Date: 03-04-2008
Case Status: UNASSIGNED

Case Type: PRODUCT LIABILITY
Status Date: 03-04-2008

Plaintiff: LYNN MACAIONE
ID: @10984128

Attorney: JEFFREY MICHAELSON

Defendant: MERCEDES - BENZ USA LLC
ID: @10274444
Defendant: GOODWILL ENTERPRISES INC
ID: @10984129
Defendant: DEDHAM AUTO MALL
ID: @10984130

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-04-2008 | COMPLAINT FILED | |
| 03-04-2008 | INITIAL FILING FEE | |
| 03-04-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCW37700. |
| 03-14-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON MERCEDES BENZ USA----------SERVED ON 3/13/08<br>Affiliated: MACAIONE, LYNN |
| 03-14-2008 | AFFIDAVIT OF SERVICE FILED | |