UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN MACAIONE
Plaintiff

vs. C.A.NO.: 08-122S

MERCEDES-BENZ USA, LLC and
GOODWILL ENTERPRISES, INC., d/b/a
Dedham Auto Mall
Defendant

**ENTRY OF APPEARANCE**

Now come Ronald Langlois and Lauren Wilkins and hereby enter their appearance on behalf of Defendant, Goodwill Enterprises, Inc. d/b/a Dedham Auto Mall, in the above-entitled matter.

Respectfully Submitted,
Goodwill Enterprises, Inc. d/b/a
Dedham Auto Mall
By their attorneys,

*/s/Ronald Langlois*
Ronald Langlois, Esq., #2891
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02903
Tel: (401) 351-9970
Fax: (401) 274-6218

*/s/Lauren Wilkins*
Lauren Wilkins, Esq., #3239
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02903
Tel: (401) 351-9970
Fax: (401) 274-6218

# CERTIFICATION

I hereby certify that on this 29TH day of April, 2008, I mailed a true and accurate copy of the enclosed to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
PO Box 622
7454 Post Road
North Kingstown, RI 02852

Brian P. Voke, Esq.
Campell Campell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

*/s/ Lauren Wilkins*