UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HEATHER PAILLE, individually and in her
Capacity as parent and natural guardian of
Heather PAILLE

VS. C.A.NO.: 08-168ML

CHARLIE'S KIDS TRUCKING, LLC; and
MARK EDDY

**RULE 16 CONFERENCE STATEMENT of DEFENDANTS,
CHARLIE'S KIDS TRUCKING, LLC and MARK EDDY**

## I. INTRODUCTION

This matter arises out of a motor vehicle accident which occurred on August 22, 2006. At the time of the accident the minor Plaintiff, Heather Paille was a passenger in a minivan operated by Katherine Heroux on Route 146 in the Town of Lincoln, Rhode Island. The defendant, Mark Eddy was operating a container truck owned by defendant, Charlie's Kids Trucking, LLC. Mr. Eddy was in the process of exiting Route 295 onto Route 146 when the top of the container truck struck the bottom of the overpass of Route 295 causing the container to fall off the truck and land on the roof of the minivan in which the minor Plaintiff, Heather Paille was a passenger. Both the minor Plaintiff, Heather Paille and her mother, Heather Paille have brought a claim for damages as a result of this accident.

The parties disagree on the damages suffered by the Plaintiffs.

## II. FACTS AND TRAVEL

As a result of the container truck striking the overpass a piece of the container sheered off and hit another vehicle; then, the entire container fell off and landed on the roof of the minivan operated by Katherine Heroux. In addition to Ms. Heroux and Ms. Paille, there were two other children in the minivan. All of the passengers were transported to Landmark Medical Center in Woonsocket, then transferred to Hasbro Children's Hospital.

As a result of the collision, the minor Plaintiff is claiming that she suffered a neurological injury.

Liability is not in dispute.

## III. LEGAL ISSUES

There are no disputed legal issues in the case but it must be noted that service of process has not been completed on the Defendant driver Mark Eddy, service should be effectuated prior to service of discovery on Defendant Eddy.

The only other legal issue in the case is the causal relationship of the minor plaintiff's injuries to her current condition which is alleged to be permanent. The minor Plaintiff is claiming a neurological and cognitive deficit, she is also is claiming headaches and a severe laceration to her left shoulder which resulted in scarring. The plaintiff Heather Paille is seeking compensation for her out of pocket expenses and loss of the society of her minor child. The Defendants have made attempts to ascertain the damages in this matter, but have been provided with limited medical documentation and no documentation of the expenses incurred to date therefore it has been difficult to evaluate the claim.

## IV. DISCOVERY

The Defendants intend to propound Interrogatories and Production Requests regarding the minor Plaintiff's claims of damages, including, but not limited to, claims for all of her medical records related to this loss, any and all documentation regarding her medical condition prior to the loss as well as her educational records and individual educational plan. Since there is a claim for a permanent cognitive impairment it will be necessary to retain an expert to review the records and possibly examine the minor plaintiff.

As to the claims of Heather Paille, as mother and natural guardian of Heather Paille, we will seek information regarding her loss of society claim along with any and all expenses incurred as a result of this loss.

The Defendants intend to notice the deposition of the Plaintiffs to inquire regarding the claims brought and damages alleged. The Defendants also intend to notice the deposition of Francis Sparadeo, Ph.D., who conducted neuropsychological testing on the minor Plaintiff.

Upon receipt of a complete copy of all of the Plaintiff's medical records the Defendants intend to hire an expert neuropsychologist.

Additionally, the Defendants rely upon the Joint Proposed Discovery Plan filed with the Court.

## V. POSSIBLE SETTLEMENT

The Defendants acknowledge that the parties have come to an impasse regarding the Plaintiffs' alleged damages and upon completion of discovery and evaluation of the claim the Defendants would welcome mediation and / or arbitration to address this issues which the Defendants believe would result in the settlement of this matter.

## VI. ALTERNATIVE DISPUTE RESOLUTION

The Defendants would welcome mediation and / or arbitration to address this issue which the Defendants believe will result in the settlement of this matter.

Respectfully Submitted,

Defendants,
By their attorneys,

*/S/ Lauren D. Wilkins*

Lauren Wilkins #3239
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02903
Tel: (401) 351-9970
Fax: (401) 274-6218

CERTIFICATION

Peter Leach, Esq.
One Charles Street
Providence, RI 02904

I hereby certify that I mailed a true and accurate copy of the within to the above attorney on this 4th day of September, 2008.

*/S/ Lauren D. Wilkins*